IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 18-20829-GLT |
| ) | |
| DUC VAN VO ) | CHAPTER 7 |
|     DEBTOR ) | Document No. |
| ) | |
| DUC VAN VO ) | |
|     MOVANT ) | |
| vs ) | |
| ) | |
| MIDLAND FUNDING, LLC, ) | |
|     RESPONDENT ) | |

## **ORDER OF COURT**

      AND NOW, this _____ day of _____, 2018, upon consideration of the Debtor's Motion to Avoid Lien, it is hereby Ordered that the Motion is granted and that the judgment of Midland Funding, LLC entered in the Court of Common Pleas of Beaver County, Pennsylvania, at Case Number 2009-30724 in the amount of $2,407.48 plus costs and interest, is hereby avoided as a lien against the Debtor's personal property.

      IT IS FUTHER ORDERED that the exempted personal property of the Debtor is hereby released from the liens and/or security interests as requested in this motion and shall not attach, nor require to be paid by any future property obtain by the Debtor.

      Midland Funding, LLC shall cooperate with the Debtor in taking all necessary steps to remove any record of the lien.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Judge