UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-20829-GLT |
| | ) | |
| DUC VAN VO | ) | CHAPTER 7 |
|     DEBTOR | ) | Document No. |
| | ) | |
| DUC VAN VO | ) | |
|     MOVANT | ) | |
| vs | ) | |
| | ) | |
| MIDLAND FUNDING, LLC, | ) | |
|     RESPONDENT | ) | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE
### ON MOTION TO AVOID LIEN

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **June 11, 2018 i.e., seventeen (17) days after the date of service below** in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at **www.pawb.uscourts.gov**. If you fail to timely respond, the Motion will be granted by the Court by default without a Hearing.

You should take this notice to your lawyer at once.

**A Hearing will be held on June 28, 2018 @ 10:00 a.m. before Judge Gregory Taddonio, Court Room "A", 54th Floor, USX Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of fifteen (15) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

                                                  **SANTILLAN LAW, P.C.**

Date of Service: May 25, 2018                By: /s/Edgardo D. Santillan, Esquire
                                                            Edgardo D. Santillan, Esquire
                                                             PA I.D. #60030
                                                             Attorney for the Debtor
                                                             775 Fourth St.
                                                             Beaver, PA 15009
                                                             724-770-1040
                                                             ed@santillanlaw.com