IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-20829-GLT |
| | ) | |
| DUC VAN VO | ) | CHAPTER 7 |
|     DEBTOR | ) | Document No. |
| | ) | |
| DUC VAN VO | ) | |
|     MOVANT | ) | |
| vs | ) | |
| | ) | |
| MIDLAND FUNDING, LLC, | ) | |
|     RESPONDENT | ) | |

**CERTIFICATION OF SERVICE**

I, Edgardo Santillan, Esquire of 775 Fourth Street, Beaver, PA 15009 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 25th day of May 2018, **I SERVED A COPY OF THE DEBTOR'S MOTION TO AVOID LIEN, PROPOSED ORDER AND HEARING NOTICE UPON THE FOLLOWING CM/ECF EMAIL NOTICING OR FIRST CLASS MAIL:**

Office of the U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222
**Via ECF Noticing**

Eric Bononi, Esquire
Chapter 7 Trustee
**Via ECF Noticing**

Midland Funding, LLC
8875 Aero Drive Suite 200
San Diego, CA 92123
Attn: Jonathan Clark, CEO
**Via USPS certified mail**
**#9590 9402 1500 5329 6493 29**

Michael Volk, Esq.
6 Kacey Court Suite 203
Mechanicburg, PA 17055
**Via First Class Mail**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: May 25, 2018

                                             **/s/ Edgardo D. Santillan**
                                             Edgardo D. Santillan, Esquire
                                             SANTILLAN LAW, P.C.
                                             Counsel for the Debtors
                                             775 Fourth St.
                                             Beaver, PA 15009
                                             (724) 770-1040
                                             PA ID# 60030
                                             Eds@debtlaw.com