UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 18-20829-GLT |
| ) | |
| DUC VAN VO ) | CHAPTER 7 |
|     DEBTOR ) | Related Document No. 17 & 18 |
| ) | |
| DUC VAN VO ) | Hearing Date: 6/28/2018 @ 10:00a.m. |
|     MOVANT ) | |
| vs ) | |
| ) | |
| MIDLAND FUNDING, LLC, ) | |
|     RESPONDENT ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO AVOID LIEN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Lien filed on May 25, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Lien appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid were to be filed and served no later than June 11, 2018.

It is hereby respectfully requested that the Order to the Motion to Avoid Lien be entered by the Court.

Dated: June 12, 2018                    **/s/ Edgardo D. Santillan**
                                        Edgardo D. Santillan, Esquire
                                        PA ID# 60030
                                        SANTILLAN LAW, PC.
                                        775 Fourth St.
                                        Beaver, PA 15009
                                        724-770-1040
                                        ed@santillanlaw.com